UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **OBM, INC. ET AL.,**<br><br>Plaintiff<br><br>v.<br><br>**MADISON CAMPBELL**<br><br>Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. 1:25-cv-0610-JRR<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED DISMISSAL

The Parties, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this lawsuit with prejudice, upon the following terms:

1. The Parties have reached an agreement to amicably resolve this matter.

2. The Parties will not take any further action in this lawsuit; however, the Parties wish the Court to retain jurisdiction to rule on the Parties' Stipulated Motion to Seal Complaint (ECF No. 3) (the "Motion to Seal").

WHEREFORE, the Parties request that this lawsuit be dismissed with prejudice immediately following the Court's ruling on the Motion to Seal.

Dated: March 6, 2025

Respectfully submitted,

SMITH & DOWNEY, PA.                          VASSEGHI LAW GROUP

*/s/ Douglas W. Desmarais*                   /s/ Roya Vasseghi
Douglas W. Desmarais (Bar No. 5180)          Roya Vasseghi (Bar No. 21978)
Kerstin M. Miller (Bar No. 29736)            9663-D Main St.
320 E. Towsontown Blvd., Suite 1E            Fairfax, VA 22031
Baltimore, MD 21286                          (703) 381-6136 (phone)
(410) 321-9000 (phone)                       roya@vasseghilaw.com

(410) 321-6270 (fax)                                                                   *Attorneys for Defendant*
ddesmarais@smithdowney.com
kmiller@smithdowney.com
*Attorneys for Plaintiffs*