IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **OBM, INC.,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **MADISON CAMPBELL,** <br><br> *Defendant*. | Civil No.: 1:25-cv-00610-JRR |

### ORDER

The court has reviewed the parties' Stipulated Motion to Seal Complaint at ECF No. 3 (the "Motion") in which the parties seek to seal the Complaint at ECF No. 1 because it "includes details regarding sexual conduct between the Parties and other highly intimate and personal matters." (ECF No. 3 ¶ 3.) The parties each have "profound concerns" regarding their privacy and reputations in light of the "graphic details" set forth in Plaintiffs' Complaint and a possible counterclaim. *Id.* ¶¶ 5–7. While the parties' Motion makes brief reference of caselaw, it is insufficient inasmuch as it fails to address Fourth Circuit precedent related to the First Amendment right of access to civil complaints, and the standard for sealing complaints in view of same. *See Courthouse News Serv. v. Schaefer*, 2 F.4th 318, 328 (4th Cir. 2021). The parties have similarly not addressed why alternatives to sealing would be insufficient; and the proposed redacted complaint is the functional equivalent of sealing given the level of redaction. *See* Local Rule 105.11 (D. Md. 2023).

Accordingly, the parties shall supplement their Motion in accordance with this order, Fourth Circuit precedent, and the Local Rules of this court.

Date: March 25, 2025            /s/
                                Julie R. Rubin
                                United States District Judge